1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9    Ruben Tavira de Paz,                    )     No. CV-07-02429-PHX-ROS
                                             )
10                  Movant,                   )     **ORDER**
                                             )
11   vs.                                      )
                                             )
12                                            )
     United States of America,               )
13                                            )
                    Respondent.               )
14                                            )
     _____     )
15

16

17          On June 18, 2009, Magistrate Judge Jay R. Irwin issued a Report and

18   Recommendation recommending that Movant's Motion to Vacate, Set Aside, or Correct

19   Sentence Pursuant to 28 U.S.C. § 2255 be dismissed (Doc. 11).  Petitioner failed to file

20   timely objections.

21          The Court "may accept, reject, or modify, in whole or in part, the findings or

22   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the

23   district judge must review the magistrate judge's findings and recommendations *de novo if*

24   *objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121

25   (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

26   1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of

27   factual and legal issues is required if objections are made, 'but not otherwise.'"). District

28   courts are not required to conduct "any review at all . . . of any issue that is not the subject

1    of an objection." <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). No objection having been

2    made, the Court will adopt the Report and Recommendation in full.

3         Accordingly,

4

5         **IT IS ORDERED** the Report and Recommendation (Doc. 11) is **ADOPTED** and the

6    Motion to Vacate (Doc. 1) is **DISMISSED**. The Clerk of Court shall close this case.

7         DATED this 16th day of July, 2009.

8

9

10

11

12                                    _____
                                          Roslyn O. Silver
13                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28